No. 95–6329.  TORRES-DIAZ *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–6330.  WASHINGTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–6331.  THOMAS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–6332.  THOMAS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–6333.  WILLIAMS *v.* HENRY, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 95–6334.  PERALTA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 95–6339.  MANLEY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–6345.  DAVIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–6346.  GILMORE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 95–6357.  WOODS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 95–209.  JEFFERSON-PILOT LIFE INSURANCE CO., INC. *v.* WEEMS ET UX.  Sup. Ct. Ala.  Motion of Business Council of Alabama for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 95–453.  LUTHER *v.* ETHICON, INC., ET AL.  C. A. 5th Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 95–6272.  GALLAHER *v.* UNITED STATES.  C. A. 5th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 94–9250.  ROBERSON *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY, *ante*, p. 828;